**STATE v. CORBETT**

[362 N.C. 672 (2008)]

STATE OF NORTH CAROLINA v. RICKY KYLE CORBETT

No. 337A08

(Filed 12 December 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 191 N.C. App. ——, 661 S.E.2d 759 (2008), dismissing defendant's appeal from a judgment entered 2 April 2007 by Judge James C. Spencer, Jr. in Superior Court, Alamance County. Heard in the Supreme Court 19 November 2008.

*Roy Cooper, Attorney General, by Kathryne E. Hathcock, Assistant Attorney General, for the State.*

*C. Scott Holmes for defendant-appellant.*

PER CURIAM.

AFFIRMED.